**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
**F I L E D**

SEP 2 5 2023

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**


**V.**                                    **INFORMATION NO.** _5:23-CR-90-KKC_
                                          **18 U.S.C. § 2243(b)**


**DUSTIN B. SPARKS**


\*    \*    \*    \*    \*


**THE UNITED STATES ATTORNEY CHARGES:**

On one or more occasions, between on or about September 3, 2022, and September 19, 2022, in Fayette County, in the Eastern District of Kentucky, within the boundaries of the Federal Medical Center Lexington, a federal prison,

**DUSTIN B. SPARKS,**

did knowingly engage in sexual acts with A.M., including that he caused his penis to penetrate the vulva of A.M., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of **SPARKS**, all in violation of Title 18, United States Code, Section 2243(b).

DATED: July _31_, 2023, at Lexington, Kentucky.

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## **PENALTIES**

Not more than 15 years imprisonment, $250,000 fine, and not less than 5 years to life of supervised release.

**PLUS:**       Mandatory special assessment of $100 per count, plus a mandatory special assessment of $5,000 pursuant to 18 U.S.C. § 3014

**PLUS:**       Restitution, if applicable.